IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. JFM-03-0393 |
| | * | Civil No. JFM-12-112 |
| | * | |
| NANCY JEAN SIEGEL | * | |

*****

MEMORANDUM

Nancy Jean Siegel has filed this motion under 28 U.S.C. §2255. Siegel was sentenced to a total term of 400 months incarceration (by the Honorable Andre M. Davis, to whom this case was then assigned), after having been convicted of fraud and a related murder.[1] She was represented by two experienced counsel at trial. She claims that her counsel was ineffective.

Siegel's motion will be denied.

First, she claims that her counsel was ineffective because they did not effectively cross examine witnesses who testified falsely. She states no evidence, however, to show that in fact the witnesses were untruthful.

Second, Siegel suggests that her counsel was ineffective in calling witnesses whom she identified could have testified in her behalf. Again, however, she has not presented any evidence to say who these witnesses were or how they could have been beneficial to her defense.

Third, Siegel claims that she had access to a mattress on which Jack Watkins, whom she was convicted of murdering, was lying prior to his death. She does not explain, however, how production of the mattress would have been beneficial to her defense. Likewise, Siegel claims

---

1 Siegel's conviction was affirmed on appeal by the United States Court of Appeals for the Fourth Circuit. The Fourth Circuit had previously entertained an interlocutory appeal and reversed Judge Davis' ruling excluding "other

1

that she found a cord around the victim's neck. However, she has presented no evidence that the cord was ever found by anyone, and the testimony of the medical examiner indicated that there were no marks on the victim's neck consistent with the cord.

A separate order denying Siegel's motion is being entered herewith.

Date: 6/15/12

J. Frederick Motz
United States District Judge

---

crimes" evidence. *See United States v. Siegel*, 536 F.3d 306, 313 (4th Cir. 2008).